IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY DALE ALVERSON, #132431, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-558-RAH-CSC |
| ) | |
| SECURUS TECHNOLOGIES, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 4, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 4.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that:

(1)  the Recommendation (Doc. 4) is ADOPTED;

(2)   Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is DENIED; and

(3)  this case is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE, on this the 14th day of November 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE